UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY DONELSON,

    Plaintiff(s),

    v.

JAMES O'CALLAGHAN, et al.,

    Defendant(s).
_____/

No. C 12-0725 PJH

**ORDER TO SHOW CAUSE**

    The complaint in this matter was filed on February 14, 2012, and on the same date an order was filed setting an initial case management conference for June 1, 2012. This case was reassigned to the undersigned judge on April 2, 2012 following plaintiff's declination to consent to the magistrate judge's jurisdiction. On April 4, 2012 the case management conference was set on the undersigned's calendar for June 14, 2012. Plaintiff filed a case management statement one day late, on June 8, 2012. However, plaintiff did not appear as ordered at the case management conference on June 14, 2012. No defendant appeared and it does not appear from the docket that any defendant has been served.

    THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b) and for failure to serve defendants within 120 days of filing the complaint as required by Fed. R. Civ. P. 4(m).

    The hearing on the order to show cause will be held on July 5, 2012 at 2:00 p.m., at the Federal Courthouse at 1301 Clay Street, Oakland, California, Courtroom 3. If plaintiff fails to appear, the case will be dismissed for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: June 14, 2012

                                                                      _____
                                                                      PHYLLIS J. HAMILTON
                                                                      United States District Judge